NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

2024-2242

Appeal from the United States Court of International Trade in No. 1:22-cv-00350-TMR, Judge Timothy M. Reif.

-------------------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, CLEVELAND-CLIFFS INC., NUCOR CORPORATION,**
*Defendants-Appellees*

2024-2243

―――――――――――――――

Appeal from the United States Court of International Trade in No. 1:22-cv-00349-TMR, Judge Timothy M. Reif.

-------------------------------------------------

**EREGLI DEMIR VE CELIK FABRIKALARI T.A.S.,**
*Plaintiff-Appellant*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION, UNITED STATES STEEL CORPORATION, CLEVELAND-CLIFFS INC., STEEL DYNAMICS, INC., SSAB ENTERPRISES LLC, NUCOR CORPORATION,**
*Defendants-Appellees*

―――――――――――――――

2024-2249

―――――――――――――――

Appeal from the United States Court of International Trade in No. 1:22-cv-00351-GSK, Judge Gary S. Katzmann.

―――――――――――――――

**ON MOTION**

―――――――――――――――

**O R D E R**

In each of the above-captioned appeals, Eregli Demir ve Celik Fabrikalari T.A.S. submits a motion for a 30-day extension of time to file its opening brief and, in the event the court grants its pending motion for consolidation of

these appeals, for leave to file enlarged opening and reply briefs up to 18,000 and 10,000 words, respectively.

Upon consideration thereof,

IT IS ORDERED THAT:

The briefing schedule is stayed pending consideration of the motions.

FOR THE COURT

October 3, 2024
Date

Jarrett B. Perlow
Clerk of Court